UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                          ORDER
v.                                                 09-CR-51A

CARLO J. NAPPI,

                                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On September 20, 2012, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to dismiss [32] be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott 's Report and Recommendation, defendant's motion to dismiss is denied.

        The parties shall appear for a meeting to set a trial date on October 15, 2012 at 12:30 p.m.

        SO ORDERED.

                                                  *s/ Richard J. Arcara*
                                                  HONORABLE RICHARD J. ARCARA
                                                  UNITED STATES DISTRICT JUDGE

DATED: October 11, 2012